AO 240 (Rev. 9/96)

# UNITED STATES DISTRICT COURT

_____ District of _____

| | |
|---|---|
| Michael K. Hunter<br>Plaintiff<br><br>V.<br><br>Luis L. Spencer<br>Defendant | APPLICATION TO PROCEED<br>WITHOUT PREPAYMENT OF<br>FEES AND AFFIDAVIT<br><br><br>CASE NUMBER:<br>**05 - 10904** |

I, _____ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant        ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _____

   Are you employed at the institution? __YES__    Do you receive any payment from the __YES__

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☒ Yes    ☐ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

      MCI-NORFOLK

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | | |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ Yes | ☒ No |
   | b. | Rent payments, interest or dividends | ☐ Yes | ☒ No |
   | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☒ No |
   | d. | Disability or workers compensation payments | ☐ Yes | ☒ No |
   | e. | Gifts or inheritances | ☒ Yes | ☐ No |
   | f. | Any other sources | ☐ Yes | ☒ No |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 9/96)

4. Do you have any cash or checking or savings accounts?    ☐ Yes    ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes    ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   N/A

I declare under penalty of perjury that the above information is true and correct.

_April 26, 2005_     _Michael K. Hunter_
Date            Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20050422 08:55

Page : 1

| Commit# : | W57601 | | | MCI NORFOLK | | | | |
| Name : | HUNTER, MICHAEL, K, | | | Statement From | 20041001 | | | |
| Inst : | MCI NORFOLK | | | To | 20050422 | | | |
| Block : | 3-1 | | | | | | | |
| Cell/Bed : | 219 /A | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Total Transaction before this Period : | | $2,828.02 | $2,796.31 | $0.00 | $0.00 |
| 20041005 10:36 | IC - Transfer from Inmate to Club A/c | 3458132 | | NOR | ~AFRICAN AMERICAN - Z23~AFRICAN AMERICAN - Z23 | $0.00 | $30.00 | $0.00 | $0.00 |
| 20041006 23:03 | PY - Payroll | 3469613 | | NOR | ~20040919 To 20040925 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20041007 22:30 | CN - Canteen | 3478863 | | NOR | ~Canteen Date : 20041007 | $0.00 | $9.19 | $0.00 | $0.00 |
| 20041013 16:59 | IS - Interest | 3501977 | | NOR | | $0.02 | $0.00 | $0.00 | $0.00 |
| 20041013 23:01 | PY - Payroll | 3516824 | | NOR | ~20040926 To 20041002 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20041014 22:30 | CN - Canteen | 3524579 | | NOR | ~Canteen Date : 20041014 | $0.00 | $7.36 | $0.00 | $0.00 |
| 20041019 15:59 | CI - Transfer from Club to Inmate A/c | 3538353 | | NOR | ~unit rep stipend~W57601 HUNTER,MICHAEL K PERSONAL~INMATE BENEFIT - Z1 | $15.00 | $0.00 | $0.00 | $0.00 |
| 20041020 23:02 | PY - Payroll | 3549039 | | NOR | ~20041003 To 20041009 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20041022 08:26 | CI - Transfer from Club to Inmate A/c | 3559266 | | NOR | ~W57601 HUNTER,MICHAEL K PERSONAL~KCN WASH ACCOUNT - Z5 | $7.36 | $0.00 | $0.00 | $0.00 |
| 20041027 11:06 | ML - Mail | 3574736 | | NOR | ~RENEE JACKSON-KEELS~KEELS, RENEE, , | $25.00 | $0.00 | $0.00 | $0.00 |
| 20041027 11:06 | MA - Maintenance and Administration | 3574737 | | NOR | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20041027 12:55 | ML - Mail | 3575235 | | NOR | ~DOROTHY WELLS~WELLS, DOROTHY, , | $20.00 | $0.00 | $0.00 | $0.00 |
| 20041027 23:02 | PY - Payroll | 3578945 | | NOR | ~20041010 To 20041016 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20041028 22:30 | CN - Canteen | 3587628 | | NOR | ~Canteen Date : 20041028 | $0.00 | $19.28 | $0.00 | $0.00 |
| 20041103 23:02 | PY - Payroll | 3611841 | | NOR | ~20041017 To 20041023 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20041110 16:46 | IS - Interest | 3647681 | | NOR | | $0.04 | $0.00 | $0.00 | $0.00 |
| 20041115 09:48 | EX - External Disbursement | 3675593 | 61083 | NOR | ~T V GUIDE | $0.00 | $6.44 | $0.00 | $0.00 |
| 20041115 09:48 | MA - Maintenance and Administration | 3675594 | | NOR | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20041116 11:34 | ML - Mail | 3682463 | | NOR | ~ELLEY ? JACKSON~JACKSON, E, , | $25.00 | $0.00 | $0.00 | $0.00 |
| 20041117 15:18 | EX - External Disbursement | 3688161 | 61117 | NOR | ~F H M | $0.00 | $11.97 | $0.00 | $0.00 |
| 20041117 15:19 | EX - External Disbursement | 3688165 | 61115 | NOR | ~KING | $0.00 | $12.00 | $0.00 | $0.00 |
| 20041118 22:30 | CN - Canteen | 3700975 | | NOR | ~Canteen Date : 20041118 | $0.00 | $39.06 | $0.00 | $0.00 |
| 20041129 22:30 | CN - Canteen | 3738629 | | NOR | ~Canteen Date : 20041129 | $0.00 | $19.53 | $0.00 | $0.00 |
| 20041206 13:23 | ML - Mail | 3770115 | | NOR | ~E. JACKSON~JACKSON, E, , | $45.00 | $0.00 | $0.00 | $0.00 |
| 20041206 13:23 | MA - Maintenance and Administration | 3770116 | | NOR | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20041207 17:00 | IS - Interest | 3780774 | | NOR | | $0.10 | $0.00 | $0.00 | $0.00 |
| 20041209 22:30 | CN - Canteen | 3812229 | | NOR | ~Canteen Date : 20041209 | $0.00 | $48.73 | $0.00 | $0.00 |
| 20041210 14:17 | CI - Transfer from Club to Inmate A/c | 3815453 | | NOR | ~OUT OF STOCK CREDIT 12/9/04 CANTEEN CHARGE~W57601 HUNTER,MICHAEL K PERSONAL~KCN WASH | $1.65 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : **20050422 08:55**

Page: 2

| Commit# : | W57601 | | | | MCI NORFOLK | | | |
| Name : | HUNTER, MICHAEL, K. | | | | Statement From | 20041001 | | |
| Inst : | MCI NORFOLK | | | | To | 20050422 | | |
| Block : | 3-1 | | | | | | | |
| Cell/Bed : | 219 /A | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | ACCOUNT - Z5 | | | | |
| 20041213 13:42 | ML - Mail | 3820249 | | NOR | ~E. JACKSON~JACKSON, E., , | $40.00 | $0.00 | $0.00 | $0.00 |
| 20041215 10:54 | EX - External Disbursement | 3831069 | 61627 | NOR | ~F F ENTERPRISES | $0.00 | $20.00 | $0.00 | $0.00 |
| 20041216 22:30 | CN - Canteen | 3848270 | | NOR | ~Canteen Date : 20041216 | $0.00 | $18.50 | $0.00 | $0.00 |
| 20041220 15:49 | IC - Transfer from Inmate to Club A/c | 3856270 | | NOR | ~812-~CANTEEN CORP. WASH ACCOUNT - Z6~CANTEEN CORP. WASH ACCOUNT - Z6 | $0.00 | $1.31 | $0.00 | $0.00 |
| 20041227 10:01 | IC - Transfer from Inmate to Club A/c | 3887655 | | NOR | ~z-26~FAMILY AWARENESS - Z26~FAMILY AWARENESS - Z26 | $0.00 | $2.00 | $0.00 | $0.00 |
| 20050111 13:17 | ML - Mail | 3959901 | | NOR | ~RENEE JACKSON~JACKSON, E., | $25.00 | $0.00 | $0.00 | $0.00 |
| 20050111 13:17 | MA - Maintenance and Administration | 3959902 | | NOR | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050113 17:06 | IS - Interest | 3981872 | | NOR | | $0.02 | $0.00 | $0.00 | $0.00 |
| 20050120 22:30 | CN - Canteen | 4024066 | | NOR | ~Canteen Date : 20050120 | $0.00 | $21.22 | $0.00 | $0.00 |
| 20050204 12:31 | ML - Mail | 4089575 | | NOR | ~EMERY JACKSON~JACKSON, E., | $40.00 | $0.00 | $0.00 | $0.00 |
| 20050204 12:31 | MA - Maintenance and Administration | 4089576 | | NOR | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050209 16:46 | IS - Interest | 4110964 | | NOR | | $0.02 | $0.00 | $0.00 | $0.00 |
| 20050210 22:30 | CN - Canteen | 4136950 | | NOR | ~Canteen Date : 20050210 | $0.00 | $17.89 | $0.00 | $0.00 |
| 20050228 09:28 | IC - Transfer from Inmate to Club A/c | 4202744 | | NOR | ~AFRICAN AMERICAN - Z23~AFRICAN AMERICAN - Z23 | $0.00 | $23.50 | $0.00 | $0.00 |
| 20050302 12:54 | ML - Mail | 4214693 | | NOR | ~E JACKSON~JACKSON, E., , | $25.00 | $0.00 | $0.00 | $0.00 |
| 20050302 12:54 | MA - Maintenance and Administration | 4214694 | | NOR | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050303 22:30 | CN - Canteen | 4230335 | | NOR | ~Canteen Date : 20050303 | $0.00 | $24.09 | $0.00 | $0.00 |
| 20050310 22:30 | CN - Canteen | 4264165 | | NOR | ~Canteen Date : 20050310 | $0.00 | $0.28 | $0.00 | $0.00 |
| 20050315 16:53 | IS - Interest | 4282076 | | NOR | | $0.06 | $0.00 | $0.00 | $0.00 |
| 20050318 08:06 | ML - Mail | 4313234 | | NOR | ~EILEEN JACKSON~JACKSON, E., , | $25.00 | $0.00 | $0.00 | $0.00 |
| 20050322 16:39 | CI - Transfer from Club to Inmate A/c | 4325222 | | NOR | ~MARCH STIPEND unit rep~W57601 HUNTER,MICHAEL K PERSONAL~INMATE BENEFIT - Z1 | $15.00 | $0.00 | $0.00 | $0.00 |
| 20050323 16:25 | CI - Transfer from Club to Inmate A/c | 4330196 | | NOR | ~canteen refund 3/10/05~W57601 HUNTER,MICHAEL K PERSONAL~KCN WASH ACCOUNT - Z5 | $0.28 | $0.00 | $0.00 | $0.00 |
| 20050324 22:30 | CN - Canteen | 4343946 | | NOR | ~Canteen Date : 20050324 | $0.00 | $38.75 | $0.00 | $0.00 |
| 20050330 14:21 | ML - Mail | 4361312 | | NOR | ~Renee Jackson~JACKSON, E., , | $25.00 | $0.00 | $0.00 | $0.00 |
| 20050404 16:10 | IC - Transfer from Inmate to Club A/c | 4386688 | | NOR | ~MUSIC AND PERFORMING ARTS - Z20~MUSIC AND PERFORMING ARTS - Z20 | $0.00 | $2.00 | $0.00 | $0.00 |
| 20050404 16:21 | CI - Transfer from Club to Inmate A/c | 4386742 | | NOR | ~WRONG CLUB~W57601 HUNTER,MICHAEL K PERSONAL~MUSIC AND PERFORMING ARTS - Z20 | $2.00 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20050422 08:55

Page : 3

| Commit# : | W57601 | | | | MCI NORFOLK | | | |
| Name : | HUNTER, MICHAEL, K. | | | Statement From | 20041001 | | | |
| Inst : | MCI NORFOLK | | | To | 20050422 | | | |
| Block : | 3-1 | | | | | | | |
| Cell/Bed : | 219 /A | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20050404 16:21 | IC - Transfer from Inmate to Club A/c | 4386743 | | NOR | ~FAMILY AWARENESS - Z26~FAMILY AWARENESS - Z26 | $0.00 | $2.00 | $0.00 | $0.00 |
| 20050407 22:30 | CN - Canteen | 4414475 | | NOR | ~Canteen Date : 20050407 | $0.00 | $15.19 | $0.00 | $0.00 |
| 20050408 16:47 | IS - Interest | 4422041 | | NOR | | $0.02 | $0.00 | $0.00 | $0.00 |
| 20050414 13:15 | ML - Mail | 4461952 | | NOR | ~Renee P. Jackson~JACKSON, E., , | $25.00 | $0.00 | $0.00 | $0.00 |
| 20050414 13:15 | MA - Maintenance and Administration | 4461954 | | NOR | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050421 22:30 | CN - Canteen | 4494109 | | NOR | ~Canteen Date : 20050421 | $0.00 | $31.31 | $0.00 | $0.00 |
| | | | | | | $399.07 | $428.60 | $0.00 | $0.00 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $2.18 | $0.00 |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $2.18 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |