UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHAEL K. HUNTER,
           Petitioner,

v.            Civil Action No. 05-10904-NG

LUIS L. SPENCER,
           Respondent.

ORDER ON APPLICATION TO
PROCEED WITHOUT PREPAYMENT OF FEES

Now before the Court is petitioner's application to proceed without prepayment of fees and affidavit under 28 U.S.C. § 1915:

The application to proceed without prepayment of fees is:

☒    GRANTED.

☐    DENIED for the following reason(s):

SO ORDERED.

May 6, 2005                               /s/ Nancy Gertner
DATE                                     NANCY GERTNER
                                          UNITED STATES DISTRICT JUDGE