UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| _____<br>MICHAEL HUNTER<br>      Petitioner,<br><br>v.<br><br>LUIS SPENCER<br>      Respondent.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 05-10904-NG |

**RESPONDENT'S MOTION TO DISMISS**
**PETITION FOR WRIT OF HABEAS CORPUS**

    The respondent, Luis Spencer, hereby moves this Honorable Court to dismiss the Petition for Writ of Habeas Corpus filed by the petitioner Michael Hunter.  As grounds therefor, the respondent states that the petition is time barred pursuant to 28 U.S.C. § 2244(d)(1).  The respondent relies on the accompanying memorandum of law in support of his motion to dismiss.

                                          Respectfully submitted,

                                          THOMAS F. REILLY
                                          Attorney General


_____    /s/ Susanne G. Reardon
                                           Susanne G. Reardon, BBO # 561669
                                           Assistant Attorney General
                                           Criminal Bureau
                                           One Ashburton Place
                                           Boston, Massachusetts 02108
                                           (617) 727-2200, ext. 2832

May 27, 2005

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served on

Michael Hunter, pro se
MCI Norfolk, P.O. Box 43
2 Clark Street
Norfolk, MA 020256

by first class mail, postage prepaid, on May 27, 2005.

/s/ Susanne G. Reardon
Susanne G. Reardon
BBO # 561669
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2832