UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHAEL HUNTER )
 )
    Petitioner, )
 ) Civil Action No. 05-10904-NG
    v. )
 )
LUIS SPENCER )
 )
    Respondent, )

**PETITIONER'S MOTION TO DENY**
**RESPONDENT'S MOTION TO DISMISS**

Now comes the defendant Michael K. Hunter in forma pauperis in the above entitled matter and, respectfully moves this Honorable court, to deny the Motion To Dismiss Petition For Writ Of Habeas Corpus Filed by the respondent.

As grounds therefore, the petitioner states that the petition is not time barred as to his exhausting state remedies pursuant to *Rose v. Lundy*, 455 U.S. 509 (1982).

As further grounds for this motion, defendant incorporates and relies upon the accompanying memorandum of law.

Dated this 2 day of June, 2005

*Michael K. Hunter* (signature)

Michael K. Hunter,
In forma pauperis
P.O. Box 43
Norfolk, MA  02156

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on

Susanne G. Reardon
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, MA  02108

By first class mail, postage prepaid on June 2, 2005

*Michael K. Hunter* (signature)

Michael K. Hunter,
In forma pauperis
P.O. Box 43
Norfolk, MA  02056