UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHAEL HUNTER )
      Petitioner, )
      v. ) Civil Action No. 05-10904-NG
LUIS SPENCER )
      Respondent, )

**PETITIONER'S MEMORANDUM OF LAW
IN SUPPORT OF HIS MOTION TO
DENY RESPONDENT'S MOTION TO DISMISS**

This memorandum is submitted in support of Michael Hunter's (the petitioner) Motion To Deny The Motion To Dismiss filed by Luis Spencer (the respondent). The Petitioner as grounds asserts his petition is not time barred and further asserts the request by the Court in its Order for the respondent to file such documents which reflect on the issue as to whether the petitioner exhausted available state remedies resulted in the respondent asserting,"[he] will not, in the interest of economy, answer the petition or address any additional affirmative defenses." (respondent's memorandum, note 1).

## PRIOR PROCEEDINGS

Against the background of the prior proceedings made on pages 1-2 of the Respondent's Memorandum, the Petitioner adds that Magistrate Judge Lawrence P. Cohen on January 11, 1999 found that matters raised in his earlier related Petition were a mixed petition within the meaning of *Rose v. Lundy*, 455 U.S. 509 (1982) and dismissed the petitioner's petition for want of exhaustion which, tolled the statute of limitations (see *Hunter v. Hall*, 98-cv-12500). Consequently, on October 23, 2003, the petitioner filed a Motion For A New Trial in order to exhaust his remedies concerning ineffective assistance of counsel. This motion was assigned to Judge Brassard who while denying the motion on June 25, 2004, entered on the docket, "After review of the papers, including the decision of the Committee not to assign counsel, Denied" (see docket entry 99).

The Petitioner filed a Notice Of Appeal on July 13, 2004. The Middlesex Superior court clerk contacted the Petitioner and informed him that they would docket the appeal but before they could proceed, the Petitioner first had to petition the SJC for leave. On July 25, 2004 and again on October 22, 2004, the Petitioner petitioned the SJC for Leave To Proceed On Appeal In forma pauperis and For Leave To Be Heard On The Original Record. The SJC clerk would not respond nor contact the Petitioner and it became clear that the decision of the Committee for Public

Counsel Services not to assign counsel had become a determining factor concerning his motion for a new trial by Judge Brassard and that it was now futile to continue contacting the SJC since the record made it clear that counsel would not be assisting him with the appeal.

## ARGUMENT

First, as mentioned above, for want of exhaustion, the statute of limitations was tolled and this Petition is not time barred.

Second, the Respondent concedes in footnote 2 of his memorandum of law, that the SJC did not respond to the motions the petitioner filed even when the Court knew of the Petitioner's attempts to appeal the final judgment of June 25, 2004 in August 2004.

Therefore, the interest of justice should out weigh the interest of economy the respondent asserts is clear where 1), the state court's use of a decision by the Committee for Public Counsel Services to not assign counsel to the petitioner was used by Judge Brassard to assist him with making a determination in the Petitioner's motion for a new trial (see docket entry 99) which should not have been a determining factor and 2), where due to a lack of any response or contact from the SJC concerning the appeal of the superior court's final decision the petitioner was not afforded any redress until now.

## CONCLUSION

For the foregoing reasons, the Respondent's Motion To Dismiss should be denied.

Dated this 2 day of June, 2005

*Michael K. Hunter*
Michael K. Hunter,
In forma pauperis
P.O. Box 43
Norfolk, MA  02156

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on

Susanne G. Reardon
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, MA  02108

By first class mail, postage prepaid on June 2, 2005

*Michael K. Hunter*
Michael K. Hunter,
In forma pauperis
P.O. Box 43
Norfolk, MA  02056