UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

MICHAEL HUNTER                )
                              )
        Petitioner,            )
                              )  Civil Action No. 05-10904-NG
     v.                        )
                              )
LUIS SPENCER                   )
                              )
        Respondent,            )

---

**PETITIONER'S MOTION TO ADVISE THE
COURT OF ACCEPTANCE OF COUNSEL**

Now comes the defendant Michael K. Hunter in forma pauperis in the above entitled matter and, respectfully moves this Honorable court pursuant to its Order of November 8, 2005, to appoint counsel to represent him.

As grounds therefore, the petitioner states that although he has been granted in forma pauperis status, he is more than willing to accept representation by Court appointed counsel and seeks the Court to do so.

1

2    Dated this 16th day of November, 2005

3    *Michael K. Hunter* (signature)
    Michael K. Hunter,
4    In forma pauperis
    P.O. Box 43
5    Norfolk, MA   02156

6

7

8    **CERTIFICATE OF SERVICE**

9    I hereby certify that a true copy of the above document was served on

10   Susanne G. Reardon
    Assistant Attorney General
11   Criminal Bureau
    One Ashburton Place
12   Boston, MA   02108

13
    By first class mail, postage prepaid on November 16, 2005
14
                    Michael K. Hunter,
15                  In forma pauperis
                    P.O. Box 43
16                  Norfolk, MA   02056

17

18

19

20

21

22

23

24

25