UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| MICHAEL HUNTER )<br>    Petitioner, )<br>)<br>v. )<br>)<br>LUIS SPENCER )<br>    Respondent. )<br>) | | Civil Action No. 05-10904-NG |

## ASSENTED TO MOTION TO RE-SCHEDULE STATUS CONFERENCE

The respondent hereby requests that the Court re-schedule the status conference set for April 24, 2006 at 2:45 P.M. in the above-captioned case. Respondent's counsel has consulted with petitioner's counsel, who assents to this motion.

Respectfully submitted,

/s/ Susanne G. Reardon
Susanne G. Reardon
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200 ext. 2832
BBO No. 561669

Dated: March 30, 2006