UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

```
MICHAEL HUNTER,                              ) No. 05-CV-10904-NG
                                             )
                Petitioner,                  )
                                             )
        v.                                   )
                                             )
LUIS SPENCER                                 )
                Respondent.                  )
_____)
```

**MOTION FOR ENLARGEMENT OF TIME TO FILE
OFFER OF PROOF RE: REASONS FOR DELAY**

Petitioner, MICHAEL HUNTER, by and through his attorney of record, hereby moves this Honorable Court for an enlargement of time for a period of 60 days, to file an offer of proof as required by the Court's Procedural Order of April 30, 2008.

In support hereof, counsel submits that property records are being requested from each of the institutions where Mr. HUNTER has been incarcerated in an attempt to support his statement that his file had been "lost" by the institutions.

WHEREFORE, Petitioner respectfully requests this Honorable Court to extend the time for filing the offer of proof with, hopefully, supporting documentation. Counsel has attempted to contact but has been unable to ascertain the Attorney General's

1

response to this request, however, the Commonwealth would not suffer any prejudice by this request in that petitioner is in custody.

Date:  May 28, 2008            Respectfully submitted,
                                 MICHAEL HUNTER,
                                 By his attorney,

                               *s/Michael C. Bourbeau*

                               Michael C. Bourbeau (BBO #545908)
                               Bourbeau and Bonilla
                               77 Central St, 2nd Floor
                               Boston, MA 02109
                               (617) 350-6565

**Certificate of Service**
I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the above date.
*S/ Michael C. Bourbeau*